**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| ALLISON LOWBRUCK, ADAM MOSS, ERIC RODGERS, MICHAEL SCHWARTZ, and JOHN VEDAMANIKAM, Individually and on Behalf of All Others Similarly Situated, on Behalf of the DELL INC. 401K PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES, INC.; BOARD OF DIRECTORS OF DELL TECHNOLOGIES, INC., and its members; and DELL BENEFITS ADMINISTRATION COMMITTEE,<br><br>Defendants. | Case No. 1:26-cv-00209-ADA-DH |

## JOINT STIPULATION AS TO DEADLINES REGARDING DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Plaintiffs Allison Lowbruck, Adam Moss, Eric Rodgers, Michael Schwartz, and John Vedamanikam (collectively, "Plaintiffs") and Defendants Dell Technologies, Inc., Board of Directors of Dell Technologies, Inc., and Dell Benefits Administration Committee (collectively, "Defendants") (together, the "Parties") hereby file this Joint Stipulation as to Deadlines Regarding Defendants' Anticipated Motion to Dismiss Plaintiffs' Complaint. In support, the Parties respectfully state the following:

1. Plaintiffs initiated this lawsuit on January 28, 2026 (Dkt. 1).

2. Defendant Dell Technologies, Inc. was served with process on February 3, 2026 (Dkt. 6), making its deadline to respond to Plaintiffs' Complaint February 24, 2026. *See* Fed. R. Civ. P. 26(a).

3. Defendant Board of Directors of Dell Technologies, Inc. and Defendant Dell

Benefits Administration Committee were served with process on February 10, 2026 (Dkts. 7-8), making their deadline to respond to Plaintiffs' Complaint March 2, 2026. *See* Fed. R. Civ. P. 26(a).

4.      On February 23, 2026, pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, the Parties stipulated to a brief extension of time for Defendants to respond to the Complaint until April 3, 2026 (Dkt. 16). The Parties' stipulation did not extend the deadline for any of the Defendants to respond to Plaintiffs' Complaint by more than forty-five days.

5.      On March 17, 2026, the Parties held a videoconference to discuss certain issues Defendants anticipated raising in their response to the Complaint. In a good faith effort to resolve these issues, Defendants agreed to provide Plaintiffs' counsel certain documents to review to determine whether an amended complaint is appropriate.

6.      On March 26, 2026, the Parties filed a Joint Stipulation as to Extension of Deadlines Regarding Plaintiffs' Complaint in which the Parties requested an extension of time, until May 4, 2026 to submit a proposed schedule for this Court's approval governing the timing for Plaintiffs to file an amended complaint or, alternatively, the timing for Defendants to file their response to the Complaint.

7.      On April 13, 2026, Defendants provided Plaintiffs' counsel with certain documents to review to determine whether an amended complaint is appropriate. Plaintiffs' counsel has since reviewed those documents and determined that amendment at this time is not warranted. Accordingly, the Parties respectfully request that the following schedule apply to Defendants'

anticipated motion to dismiss the Complaint:

| Event | Deadline |
|---|---|
| Defendants' Motion to Dismiss | Thursday, June 18, 2026 |
| Plaintiffs' Response | Monday, August 3, 2026 |
| Defendants' Reply | Friday, August 28, 2026 |

8.      The requested schedule extends the deadline for Defendants to answer or otherwise respond to the Complaint by more than 45 days from the original answer date, but does not change the date of any hearing, trial, or other Court date presently set in this action.

9.      This motion is filed in good faith, without any intent to cause delay in the resolution of the proceedings before this Court and is filed in the interest of justice as required by this Court.

For the foregoing reasons, the Parties hereby respectfully request that the Court enter the foregoing schedule setting the motion to dismiss briefing schedule.

**RESPECTFULLY SUBMITTED** on this 4th day of May 2026.

<table>
<tr><td>

 */s/ Stuart L. Cochran*
Stuart L. Cochran (Bar No. 24027936)
**CONDON TOBIN SLADEK**
**SPARKS NERENBERG PLLC**
Stuart L. Cochran (Bar No. 24027936)
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3804
Facsimile: (214) 691-6311
Email: scochran@condontobin.com

**KAHN SWICK & FOTI, LLC**
Melinda A. Nicholson (Bar No. 24140232)
Nicolas Kravitz (LA Bar No. 39027)
John A. Carriel (DC Bar No. 888241661)
Alexander L. Burns (LA Bar No. 31076)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 648-1842
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com

</td><td>

 */s/ Emily S. Costin (with permission)*
Emily S. Costin (*pro hac vice*)
**SHELTON COBURN LLP**
Barry K. Shelton (Texas Bar No. 24055029)
311 Ranch Road 620 S, Suite 205
Austin, Texas 78734
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
Email: shelton@sheltoncoburn.com

**ALSTON & BIRD LLP**
Emily S. Costin (*pro hac vice*)
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3695
Facsimile: (202) 239-3333
emily.costin@alston.com

Susan E. Hurd (*pro hac vice*)
R. Blake Crohan (*pro hac vice*)
James S. Fielding (*pro hac vice*)

</td></tr>
</table>

3

Email: nicolas.kravitz@ksfcounsel.com
Email: john.carriel@ksfcounsel.com
Email: alexander.burns@ksfcounsel.com

*Counsel for Plaintiffs*

1201 W. Peachtree St, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7131
Facsimile: (404) 881-7777
susan.hurd@alston.com
blake.crohan@alston.com
james.fielding@alston.com

*Counsel for Defendants*

**SO ORDERED.**

SIGNED on this _____ day of _____, 2026.

_____
HONORABLE DUSTIN HOWELL
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 4, 2026, I filed a copy of the foregoing document with the CM/ECF system for the United States District Court for the Western District of Texas, which will automatically transmit copies of such filing to all counsel of record.

Dated:  May 4, 2026                      _/s/ Stuart L. Cochran_
                                        Stuart L. Cochran